The People of the State of New York v. William H. Kehoe.— Motion granted. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Burr, JJ.

Standard Rice Company v. A. Klipstein & Company.— Motion denied. Present — Clarke, P. J., Merrell, Finch and Martin, JJ.

Anne McCoy Campbell v. New York Evening Post, Inc.— Preference granted for November 16, 1926. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Burr, JJ.

Joseph E. Baer, Inc., v. Aristo Hosiery Co., Inc.— Motion granted. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Burr, JJ.

In the Matter of the Judicial Settlement of the Account of Proceedings of Elizabeth G. Schmid, Deceased Trustee of Trust Estate under the Will of Marie Klemann, Deceased, by William Schmid and Another, as Administrators of Said Elizabeth G. Schmid, Deceased.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Burr, JJ.

The People of the State of New York v. Charles Fershleiser.— Motion granted. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Burr, JJ.

In the Matter of Clarence S. Nettles, an Attorney.— Reference ordered to Hon. Vernon M. Davis, official referee. Settle order on notice. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Burr, JJ.

Wolins & Bull, Inc., v. Russian Society " Nauka."— Motion to dismiss appeal denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.